## Commonwealth *v.* Stith, Appellant.

Submitted December 8, 1969. *Lawrence R. Watson, II,* and *Nix, Randolph & Watson,* for appellant; *Mark Sendrow,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Susick, Appellant.

Submitted June 8, 1970. *Bernard L. Lemisch,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney for Commonwealth, appellee.

Order affirmed.